# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**

**THOMAS GEORGE SCHINDLER,**

        **Defendant.**

CASE NO. 6:21-cr-10007-JWB

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Distribution of Child Pornography**
**18 U.S.C. § 2252A(a)(2)**

On or about July 19, 2020, in the District of Kansas, the defendant,

**THOMAS GEORGE SCHINDLER,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

### COUNT 2

**Distribution of Child Pornography**
**18 U.S.C. § 2252A(a)(2)**

On or about July 29, 2020, in the District of Kansas, the defendant,

**THOMAS GEORGE SCHINDLER,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 3

### Possession of Child Pornography
### 18 U.S.C. 2252A(a)(5)(B) and (b)(2)

On or about October 1, 2020, in the District of Kansas, the defendant,

**THOMAS GEORGE SCHINDLER,**

knowingly possessed any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been transported in or affecting interstate and foreign commerce by any means, including by computer, and that had been transported using any means or facility of interstate and foreign commerce, and such child pornography involved a prepubescent minor who had not attained 12 years of age, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 2252A(a)(2) or 2252A(a)(5)(B), as set out in Counts 1-3 of this Indictment, the defendant, **THOMAS GEORGE SCHINDLER,** shall forfeit to the United States of America, pursuant to 18

U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

> Computer tower containing 3 Sabrent NVMe SSD cards and 1 Seagate traditional Harddrive; PNY 64GB USB Storage device;
> SanDisk Cruzer Glide (SN: BL151125485B) 16GB USB Storage device;
> SanDisk Cruzer Glide (SN: BM151225468B) 32GB USB Storage device;
> SanDisk Cruzer Glide (SN: BL161025216B) 16GB USB Storage device;

All pursuant to Title 18, United States Code, Section 2253 (a).

**A TRUE BILL.**

January 26, 2021              /s/ Foreperson
DATE                          FOREPERSON OF THE GRAND JURY


STEPHEN R. McALLISTER
UNITED STATES ATTORNEY

By: /s/ Jason Hart
JASON HART
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Jason.Hart2@usdoj.gov
Ks. S. Ct. No. 20276

> It is requested that trial be held in
> **WICHITA, Kansas**